UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-3505

_____

ERNEST PORTER,
Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS; JOHN E. WETZEL,
Secretary for Department of Corrections; ROBERT GILMORE, Super. For SCI Greene

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civ. Action No. 2-17-cv-000763
District Judge: Honorable Maureen P. Kelly

_____

Present: SMITH, *Chief Judge*, McKEE, AMBRO, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS,
PORTER, MATEY, PHIPPS, and COWEN* *Circuit Judges*.

       The petition for rehearing filed by Appellant in the above-entitled case having
been submitted to the judges who participated in the decision of this Court and to all the
other available circuit judges of the circuit in regular active service, and no judge who
concurred in the decision having asked for rehearing, and a majority of the judges of the
circuit in regular service not having voted for rehearing, the petition for rehearing by the
panel and the Court en banc is denied.

                       BY THE COURT,

                       s/Joseph A. Greenaway, Jr.
                       Circuit Judge

Dated: October 28, 2020
Lmr/cc: All Counsel of Record

_____

* Judge Cowen's vote is limited to panel rehearing only.